UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WATCHOUS ENTERPRISES, L.L.C.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC NATIONAL CAPITAL,<br>WATERFALL MOUNTAIN USA LLC,<br>and WATERFALL MOUNTAIN LLC,<br>WATERFALL INTERNATIONAL<br>HOLDINGS LIMITED, WILLIAM J.<br>MOURNES, GORDON W. DUVAL,<br>CHARLES A. ELFSTEN, MARK M.<br>HASEGAWA, and MARK S. ZOUVAS,<br><br>　　　　　Defendants. | Case No.  16-1432-JTM |

## ORDER

This matter comes before the Court on Defendants Pacific National Capital Corporation's, Charles A. Elfsten's, and Mark M. Hasegawa's Unopposed Motion for Extension of Time (ECF No. 114). For good cause shown, it is ordered that Defendants Pacific National Capital Corporation, Charles A. Elfsten, and Mark M. Hasegawa be and hereby are granted an additional fourteen (14) days' time, through March 16, 2018, to respond to Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 109). Additionally, for good cause shown it is ordered that Defendant Pacific National Capital Corporation be and hereby is granted an additional fourteen (14) days' time, through March 16, 2018, to reply in support of its Cross-Motion for Partial Summary Judgment and to reply in support of its Rule

56(d) Motion to Defer Ruling on the Plaintiff's Motion for Partial Summary Judgment (ECF Nos. 101 and 102).

IT IS SO ORDERED.

Dated February 27, 2018, in Kansas City, Kansas.

                                             s/ James P. O'Hara
                                             James P. O'Hara
                                             U.S. Magistrate Judge