IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WATCHOUS ENTERPRISES, LLC,
    Plaintiff,

vs.                                          No. 16-1432-JTM

PACIFIC NATIONAL CAPITAL,
    *et al.*,
    Defendants.

MEMORANDUM AND ORDER

For good cause shown and without objection, the court hereby grants defendants' Motion to Strike (Dkt. 123) their first motion to admit *pro hac vice* attorney Lucero, defendant's second motion having been separately granted by the court.

IT IS SO ORDERED this 11th day of September, 2018.

                                                            J. Thomas Marten
                                                            J. THOMAS MARTEN, JUDGE