IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WATCHOUS ENTERPRISES, LLC,
    Plaintiff,

vs.                                                                           No. 16-1432-JTM

PACIFIC NATIONAL CAPITAL,
    *et al.*,
        Defendants.

MEMORANDUM AND ORDER

The court hereby denies without prejudice the motions by counsel for the Waterfall defendants to withdraw. The motions state counsel has "admonished their clients, which include corporations, that each needed to obtain new counsel," and that the motion "is being served … on each of the Defendants and their representatives." (Motion, at 2). The Certificate of Service attached to the motion specifies that a copy of the withdrawal motion "was sent … by email to the Waterfall Defendants." (*Id*. at 3).

Under D.Kan.R. 83.5.5(a)(2), such a motion must be served upon the client "by personal service or by certified mail." Further, the motion must identify the current mailing address and telephone number for the client. Rule 335.5(a)(1)(c). The present motion includes mailing addresses for the Waterfall defendants, but does not include either their telephone numbers, or a statement as to why these cannot be provided.

IT IS ACCORDINGLY ORDERED this day of February, 2020, that the Motions to Withdraw (Dkt. 326, 327, 328) are denied without prejudice.

*J. Thomas Marten*
J. Thomas Marten, Judge