IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WATCHOUS ENTERPRISES, L.L.C. )<br>        Plaintiff, )<br>                                  )<br>vs.                                    )<br>                                  )<br>PACIFIC NATIONAL CAPITAL, et al., )<br>        Defendants. ) | Case No. 16-cv-01432-JTM |

**MOTION FOR LEAVE FOR DENNIS DUMAS TO APPEAR REMOTELY**

Plaintiff Watchous Enterprises, LLC ("Watchous"), by and through its counsel, respectfully moves the Court for an order allowing its expert witness, Dennis Dumas, to appear remotely.

Pursuant to District of Kansas Amended Administrative Order 2020-11, as extended by District of Kansas Amended Administrative Order 2021-05, the Court has the discretion to use video and teleconferencing in civil trials.  District of Kansas Amended Administrative Order 2021-05 encourages the use of video conferencing in civil hearings.   Rules and orders governing civil actions are generally to be applied to secure a just, speedy, and inexpensive determination of every action and proceeding.  *See* Fed. R. Civ. P. 1.

Dennis Dumas is Watchous' designated expert witness.  Watchous anticipates that he will testify at trial consistent with the opinion he has offered in his report, mainly that Waterfall and its lender did not own the bonds Defendants represented they owned, that any loan against the bonds had to be approved by the Central Bank of Venezuela, and that the Waterfall Defendants engaged in misrepresentation by offering to secure promissory notes with the bonds.  Considering that the Court has found that Waterfall and its purported lender did not own the bonds and that any loan had to be approved by Central Bank of Venezuela, Mr. Dumas' testimony will be limited to

1

providing context for the jury. No Defendant has designated an expert witness to address the topics to which Mr. Dumas is expected to testify.

Mr. Dumas is in a high-risk category should he contract COVID-19.  Mr. Dumas lives and works in the New York City metropolitan area and would have to fly to Wichita to attend trial.  According to the CDC, even vaccinated individuals can become infected with and potentially spread COVID-19.   https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html.  Considering the limited scope of Mr. Dumas' anticipated testimony, the Court should exercise its discretion to allow Mr. Dumas to appear remotely to limit the risk to him, the parties, the jurors, and others.  The Court indicated in an April 1, 2021, email to counsel and the parties that it did not anticipate remote testimony by Mr. Dumas would be a problem.

        Respectfully submitted,

        TRIPLETT WOOLF GARRETSON, LLC

By */s/ Shane A. Rosson*
    James A. Walker, #09037
    Shane A. Rosson, #24408
    2959 North Rock Road, Suite 300
    Wichita, KS 67226
    Telephone: 316.630.8100
    Facsimile: 316.630.8101
    Email:  jawalker@twgfirm.com
        sarosson@twgfirm.com
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I certify, pursuant to D. Kan. Rule 5.4.9 that on May 21, 2021, service of this document was accomplished using the CM/ECF system which will send a Notice of Electronic Filing to all parties and attorneys who are filing users in this case and via mail and/or electronic mail to:

William Mournes
35 Birch Run Ave
Denville, NJ 07834
cobraventura@gmail.com

Waterfall Mountain USA LLC
35 Birch Run Ave
Denville, NJ 07834

Waterfall Mountain LLC
35 Birch Run Ave
Denville, NJ 07834

Waterfall International Holdings Limited
35 Birch Run Ave
Denville, NJ 07834

Pacific National Capital
c/o Charles A. Elfsten
3300 Irvine Ave. Suite 100,
Newport Beach, CA 92660

Pacific National Capital
c/o Charles A. Elfsten
18818 Teller Ave, Ste 265
Irvine, CA 92612

                By: */s/ Shane A. Rosson*
                    Shane A. Rosson

787012