IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**WATCHOUS ENTERPRISES, LLC,**

   **Plaintiff,**

v.

**PACIFIC NATIONAL CAPITAL,** *et al.*,

   **Defendants.**

Case No. 16-1432-DDC

## MEMORANDUM AND ORDER

   Exercising its discretion, the court denies plaintiff's Motion for Entry of Judgment (Doc. 430).[1] Facts established at the summary judgment stage of this litigation do not alter the court's simultaneous conclusion that plaintiff's civil RICO and civil conspiracy claims present triable issues. *See* Doc. 335 at 90 ("[O]ur Circuit recognizes that '[w]hether a pattern [of racketeering activity] exists is a question of fact for the jury to determine.'" (quoting *In re: EpiPen (Epinephrine Injection, USP) Mktg., Sales Pracs. & Antitrust Litig.*, 336 F. Supp. 3d 1256, 1320 (D. Kan. 2018) (quoting *Resol. Tr. Corp. v. Stone*, 998 F.2d 1534, 1543 (10th Cir. 1993)))); *see also* Doc. 335 at 90 ("As with the existence of a RICO enterprise and pattern of racketeering activity, the court finds that deciding the scope of and membership in any conspiratorial agreement is a matter properly reserved for the trier of fact."). Plaintiff demanded a jury trial and it will receive one. *See* Doc. 168 at 21 (Second Am. Compl.) ("Plaintiff demands a trial by jury[.]"). If appropriate, plaintiff may renew this request later during the trial.

---

[1]   Defendants Charles Elfsten and Mark Hasegawa jointly filed a Response opposing plaintiff's motion. *See* Doc. 431.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's Motion for Entry of Judgment (Doc. 430) is denied.

**IT IS SO ORDERED.**

**Dated this 28th day of June, 2021, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**